[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15494
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00106-SCJ-LTW-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALWIN PETERSON, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(August 8, 2016)

Before WILSON, ROSENBAUM, and EDMONDSON, Circuit Judges.

PER CURIAM:

Alwin Peterson, Jr., appeals his 145-month sentence, imposed after pleading guilty to one count of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349.  Briefly stated, Peterson traveled to different cities and states and was the leader of the offense, accessed bank accounts by impersonating account holders, and recruited runners to make withdrawals from compromised accounts.  The conduct in this case was sufficient to demonstrate that Peterson "intentionally engaged in or caused the conduct constituting sophisticated means" per U.S.S.G. § 2B1.1(b)(10)(C).  Therefore, the district court's finding was not in clear error.

AFFIRMED.